Lamson Company, Inc., Respondent, *v.* Central New York Regional Market Authority et al., Respondents, and Lincoln National Bank & Trust Company of Syracuse, Appellant.

Argued May 28, 1940; decided July 24, 1940.

*Howard H. Cannon* for appellant.

*William L. Broad* for plaintiff-respondent.

*Lawson Barnes* for Central New York Regional Market Authority, respondent.

*Hubert C. Stratton* for A. Friederich & Sons Company, respondent.

*Lloyd M. Withers* for John C. Boland, as trustee for Gray Steel Corporation, Bankrupt, respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS and CONWAY, JJ. Taking no part: LEWIS, J.